Certificate Number: 12433-PAE-DE-028389739

Bankruptcy Case Number: 16-17767



12433-PAE-DE-028389739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 21, 2016</u>, at <u>12:55</u> o'clock <u>PM EST</u>, <u>Gary Stephen Walter</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 21, 2016</u>          By:     <u>/s/Candace Jones</u>

Name:   <u>Candace Jones</u>

Title:   <u>Counselor</u>