IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | GARY S. WALTER, | : Chapter 13 |
| | Debtor | : No. 16-17767-ref |

### CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that the period during which parties in interest had to answer or object to Debtor Gary S. Walter's Application to Employ Jesse L. Pleet, Esquire, as Special Counsel, after service thereon, exclusive of the date of service, has expired and no answer or objection has been filed and/or served upon Debtor Gary S. Walter.

Dated: January 03, 2017

Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue, Suite K
West Reading, PA  19611
(610) 372-6400
Attorney for Debtor, Gary S. Walter

{01048919 }