IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA  READING

IN RE:      GARY S. WALTER,                    Chapter  13
                     Debtor                    No. 16-17767-ref

## ORDER

AND NOW,  upon  consideration of the Debtor Gary S. Walter's Application to Employ Special Counsel, it is

ORDERED that the Debtor Gary S. Walter's Application to Employ Special Counsel is Granted; and it is further

ORDERED that the employment of Jesse L. Pleet, Esquire and Leisawitz Heller Abramowitch Phillips, P.C., as special counsel to pursue and litigate Debtor's personal injury claim against the Berkshire Mall, Inc. and Berkshire Mall, LLC, as Defendants, in the Court of Common Pleas of Berks County, Pennsylvania, filed to No. 16-18113, is hereby Approved, with compensation to be approved at a later date on appropriate application.

**Date: January 5, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge

Interested Parties:

Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue, Suite K
West Reading, PA  19611

Jesse L. Pleet, Esquire
Leisawitz Heller Abramowitch Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA  19611

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Gary S. Walter
103 Mayer Street
Reading, PA  19606

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

{01044737}