United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary S Walter  
      Debtor  

Case No. 16-17767-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Jan 05, 2017  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.
```
db             +Gary S Walter,   103 Mayer St.,   Reading, PA 19606-1620
sp             +JESSE L. PLEET,   Leisawitz Heller Abramowitch Phillips, P,    2755 Century Boulevard,
                 Wyomissing, PA 19610-3346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Gary S Walter NO1JTB@juno.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA READING

| | |
|---|---|
| IN RE:    GARY S. WALTER,<br>Debtor | Chapter 13<br>No. 16-17767-ref |

## ORDER

AND NOW, upon consideration of the Debtor Gary S. Walter's Application to Employ Special Counsel, it is

ORDERED that the Debtor Gary S. Walter's Application to Employ Special Counsel is Granted; and it is further

ORDERED that the employment of Jesse L. Pleet, Esquire and Leisawitz Heller Abramowitch Phillips, P.C., as special counsel to pursue and litigate Debtor's personal injury claim against the Berkshire Mall, Inc. and Berkshire Mall, LLC, as Defendants, in the Court of Common Pleas of Berks County, Pennsylvania, filed to No. 16-18113, is hereby Approved, with compensation to be approved at a later date on appropriate application.

**Date: January 5, 2017**

Richard E. Fehling
United States Bankruptcy Judge

Interested Parties:

Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue, Suite K
West Reading, PA 19611

Jesse L. Pleet, Esquire
Leisawitz Heller Abramowitch Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA 19611

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gary S. Walter
103 Mayer Street
Reading, PA 19606

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

{01044737}