IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GARY S. WALTER, | : | CASE NO. 16-17767 |
| | : | |
| Debtor | : | CHAPTER 13 |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Gary S. Walter has filed a Motion for Approval of Personal Injury Settlement and Distribution of the Proceeds Thereof.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 24, 2017, you or your attorney must do all of the following:

File with the Court a written answer explaining your position at:

> Bankruptcy Clerk
> 400 Washington Street
> Reading, PA 19601
> (610) 208-5040

If you mail your answer to the Court for filing, you must mail it early enough so the Court will be receive it on or before the date stated above.

You must also send a copy to the Movant's attorney:

> Joseph T. Bambrick Jr., Esquire
> Joseph T. Bambrick Jr., Attorney At Law
> 529 Reading Avenue
> West Reading, PA 19611
> Telephone:    610-372-6400
> Facsimile:    610-372-9483

A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on November 30, 2017, at 9:30 a.m. in Courtroom #1, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

{01175546 }

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 11/07/2017_____            */s/Joseph Bambrick*_____
                                                  Joseph T. Bambrick Jr., Esquire
                                                  Joseph T. Bambrick Jr., Attorney At Law
                                                  Attorney for Debtor, Gary Walter
                                                  529 Reading Avenue
                                                  West Reading, PA 19611
                                                  Telephone: (610) 372-6400
                                                  Attorney I.D. # 45112