## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **GARY S. WALTER,** | : | **CASE NO. 16-17767** |
| | : | |
| Debtor | : | **CHAPTER 13** |

## STIPULATED ORDER RESOLVING DEBTOR'S MOTION FOR APPROVAL OF PERSONAL INJURY SETTLEMENT AND DISTRIBUTION OF PROCEEDS THEREOF

Gary S. Walter, Debtor, by and through his attorney, Joseph T. Bambrick, Jr., Esquire, and by and through Debtor's special counsel, Jesse L. Pleet, Esquire, and the law firm of Leisawitz Heller Abramowitch Phillips, P.C., file this Stipulated Order resolving Debtor's Motion for Approval of Personal Injury Settlement and Distribution of Proceeds Thereof (filed to Docket No. 38), and after a hearing thereon on November 30, 2017, agree to settlement of the personal injury claim against the Berkshire Mall as follows:

1.     The proceeds of the settlement shall be distributed as follows:

    a.  Payment to Leisawitz Heller Abramowitch Phillips, P.C.  $ 3,225.45 ("Leisawitz Heller") for reimbursement of costs

    b.  The parties shall share the remaining balance of $94,274.55 divided into thirds, including the three lienholders collectively sharing in one-third; Special Counsel Jesse L. Pleet and Leisawitz Heller sharing one-third; and the Debtor sharing one-third; subject to the approval of this Honorable Court, as more fully set forth below:

        i.  Payment to the Veterans' Administration in satisfaction of  $27,653.87 its lien for care provided to the Debtor in connection with the injury suffered by the Debtor at the Berkshire Mall (original lien of $47,637.30 reduced to said amount)

        ii.  Payment to Optum on behalf of United Healthcare  $ 3,456.73 Services in satisfaction of its lien for care provided to the Debtor in connection with the injury suffered by the Debtor at the Berkshire Mall (original lien of $6,070.16 reduced to said amount)

        iii.  Payment to Socrates on behalf of Geisinger Gold in  $ 314.25 satisfaction of its lien for care provided to the Debtor in connection with the injury suffered by the Debtor at the Berkshire Mall

{01199910 }

iv. Payment to Leisawitz Heller Abramowitch Phillips, P.C.    $31,424.85
in the amount of contingent fees (original 40% contingent
fees of $39,000 reduced to said amount)

v. Payment to the Debtor estate representing the balance of    $31,424.85
the pending settlement as designated to pay for additional
care and treatment necessary for the Debtor and is exempt
pursuant to the provisions of 11 USC Section 522(d)10(C)

TOTAL    $97,500.00

2.    The parties further agree that the $97,500.00 payment draft issued on behalf of the
Berkshire Mall in settlement of the personal injury claim shall be made payable solely to
"Leisawitz Heller Abramowitch Phillips, P.C." to facilitate the distribution as set forth above.

LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, P.C.

By: _____

Joseph T. Bambrick Jr., Esquire                    Jesse L. Pleet, Esquire
529 Reading Avenue, Suite K                        2755 Century Boulevard
West Reading, PA 19611                             Wyomissing, PA 19610
(610) 372-6400                                     (610) 372-3500
Attorney for Debtor, Gary S. Walter                Special Counsel for Debtor, Gary S. Walter
Dated: January __5__, 2018                         Dated: January 4, 2018

AND NOW, this _____25_____ day of January, 2018, this Stipulated Order is hereby approved

and entered as an Order by the Bankruptcy Court.

BY THE COURT:

_____
Honorable Richard E. Fehling, B.J.

CONSENTED TO BY TRUSTEE:

Frederick L. Reigle, Trustee
Dated: January 16, 2018

{01199910 }                                        2