United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary S Walter  
     Debtor

Case No. 16-17767-ref  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Keith | Page 1 of 1 | Date Rcvd: Jan 25, 2018 |
| | Form ID: pdf900 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
```
db             +Gary S Walter,    103 Mayer St.,    Reading, PA 19606-1620
sp             +JESSE L. PLEET,    Leisawitz Heller Abramowitch Phillips, P,    2755 Century Boulevard,
                 Wyomissing, PA 19610-3346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:14      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Gary S Walter NO1JTB@juno.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GARY S. WALTER, | : | CASE NO. 16-17767 |
| | : | |
| Debtor | : | CHAPTER 13 |

### STIPULATED ORDER RESOLVING DEBTOR'S MOTION FOR APPROVAL OF PERSONAL INJURY SETTLEMENT AND DISTRIBUTION OF PROCEEDS THEREOF

Gary S. Walter, Debtor, by and through his attorney, Joseph T. Bambrick, Jr., Esquire, and by and through Debtor's special counsel, Jesse L. Pleet, Esquire, and the law firm of Leisawitz Heller Abramowitch Phillips, P.C., file this Stipulated Order resolving Debtor's Motion for Approval of Personal Injury Settlement and Distribution of Proceeds Thereof (filed to Docket No. 38), and after a hearing thereon on November 30, 2017, agree to settlement of the personal injury claim against the Berkshire Mall as follows:

1. The proceeds of the settlement shall be distributed as follows:

    a. Payment to Leisawitz Heller Abramowitch Phillips, P.C.    $ 3,225.45
    ("Leisawitz Heller") for reimbursement of costs

    b. The parties shall share the remaining balance of $94,274.55 divided into thirds, including the three lienholders collectively sharing in one-third; Special Counsel Jesse L. Pleet and Leisawitz Heller sharing one-third; and the Debtor sharing one-third; subject to the approval of this Honorable Court, as more fully set forth below:

        i. Payment to the Veterans' Administration in satisfaction of    $27,653.87
        its lien for care provided to the Debtor in connection with
        the injury suffered by the Debtor at the Berkshire Mall
        (original lien of $47,637.30 reduced to said amount)

        ii. Payment to Optum on behalf of United Healthcare    $ 3,456.73
        Services in satisfaction of its lien for care provided to the
        Debtor in connection with the injury suffered by the
        Debtor at the Berkshire Mall (original lien of $6,070.16
        reduced to said amount)

        iii. Payment to Socrates on behalf of Geisinger Gold in    $ 314.25
        satisfaction of its lien for care provided to the Debtor in
        connection with the injury suffered by the Debtor at the
        Berkshire Mall

{01199910 }

  iv. Payment to Leisawitz Heller Abramowitch Phillips, P.C.  $31,424.85
in the amount of contingent fees (original 40% contingent
fees of $39,000 reduced to said amount)

  v. Payment to the Debtor estate representing the balance of  $31,424.85
the pending settlement as designated to pay for additional
care and treatment necessary for the Debtor and is exempt
pursuant to the provisions of 11 USC Section 522(d)10(C)

                    TOTAL $97,500.00

  2. The parties further agree that the $97,500.00 payment draft issued on behalf of the Berkshire Mall in settlement of the personal injury claim shall be made payable solely to "Leisawitz Heller Abramowitch Phillips, P.C." to facilitate the distribution as set forth above.

|  | LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, P.C. |
|---|---|
| /s/ Joseph T. Bambrick Jr. | By: /s/ Jesse L. Pleet |
| Joseph T. Bambrick Jr., Esquire | Jesse L. Pleet, Esquire |
| 529 Reading Avenue, Suite K | 2755 Century Boulevard |
| West Reading, PA 19611 | Wyomissing, PA 19610 |
| (610) 372-6400 | (610) 372-3500 |
| Attorney for Debtor, Gary S. Walter | Special Counsel for Debtor, Gary S. Walter |
| Dated: January 5, 2018 | Dated: January 4, 2018 |

  AND NOW, this **25** day of January, 2018, this Stipulated Order is hereby approved and entered as an Order by the Bankruptcy Court.

                BY THE COURT:

                _____
                Honorable Richard E. Fehling, B.J.

CONSENTED TO BY TRUSTEE:

_____
Frederick L. Reigle, Trustee
Dated: January 16, 2018

{01199910 }            2