IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GARY WALTER,           :      Case No. 16-17767
      Debtor        :      Chapter 13

## NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

To the Debtor, the Chapter 13 Trustee, the United States Trustee, and all the parties of interest, NOTICE IS HEREBY GIVEN:

1. That Joseph T. Bambrick, Esquire, counsel for the Debtors in the above-captioned matter has filed an Application with the Court for Allowance of Compensation ("Applicant") in connection with legal services rendered to the Debtor in these Bankruptcy proceedings.

2. That the Applicant requests the Court to enter an Order approving counsel fees in the amount of $2,666.00, of which $665.00 was received pre-petition.

3. That any answer, objection, responsive pleading or request for hearing in writing must be filed within twenty-one (21) days from the date of this notice with:

    Clerk of Bankruptcy Court
    The Madison
    400 Washington Street
    Suite 300
    Reading, PA  19601

And serve a copy thereof on Counsel:

        Joseph T. Bambrick, Jr., Esquire
        JOSEPH T. BAMBRICK, JR., ESQUIRE
        529 Reading Avenue
        West Reading, PA  19611
        Phone #:  610/372-6400
        Fax #:     610/372-9483

4.    That in the absence of an answer, objection or request for hearing, Counsel will certify the same to the Court after twenty-one (21) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

**Respectfully submitted by,**

**Dated:** *03/19/2018*                */s/Joseph Bambrick*
                                            **JOSEPH T. BAMBRICK, JR., ESQUIRE**
                                            **ATTORNEY ID 45112**
                                            **529 READING AVENUE**
                                            **WEST READING, PA 19611**
                                            **Phone  610-372-6400**
                                            **Fax     610-372-9483**