# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GARY WALTER, | : | Case No. 16-17767 |
| Debtor | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on March 19, 2018, a copy of the Application for Compensation, with a response deadline of April 9, 2018, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Application filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Gary Walter.

Dated:  September 7, 2018                                          /s/Joseph Bambrick
                                                                                    Joseph T. Bambrick, Jr., Esquire
                                                                                    Attorney ID 45112
                                                                                    529 Reading Avenue
                                                                                    West Reading, PA  19611
                                                                                    610/372-6400