## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GARY WALTER, | : | Case No. 16-17767 |
| Debtor | : | Chapter 13 |

## **O R D E R**

*AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,866.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is ***GRANTED,*** and the amount of compensation is ***APPROVED***.

**Date: September 12, 2018**

BY THE COURT,

_____
**RICHARD FEHLING,**
**U.S. BANKRUPTCY JUDGE**