United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary S Walter  
    Debtor

Case No. 16-17767-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                  Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db          +Gary S Walter,    103 Mayer St.,    Reading, PA 19606-1620  
sp          +JESSE L. PLEET,    Leisawitz Heller Abramowitch Phillips, P,    2755 Century Boulevard,    Wyomissing, PA 19610-3346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:44:38     Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:  
        DENISE ELIZABETH CARLON     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSEPH T. BAMBRICK, JR.     on behalf of Debtor Gary S Walter NO1JTB@juno.com  
        LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R     ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                                                                            TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| GARY WALTER, | : | Case No. 16-17767 |
| Debtor | : | Chapter 13 |

**O R D E R**

*AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,866.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is *GRANTED,* and the amount of compensation is *APPROVED*.

BY THE COURT,

**Date: September 12, 2018**

_____
**RICHARD FEHLING,**
**U.S. BANKRUPTCY JUDGE**