| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-17767-PMM**

GARY S WALTER
103 MAYER ST.
READING  PA    19606

Petition Filed Date: 11/04/2016
341 Hearing Date: 02/21/2017
Confirmation Date: 08/16/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $640.58 | | 02/05/2019 | $640.58 | | 03/04/2019 | $640.58 | |
| 04/01/2019 | $640.58 | | 05/02/2019 | $640.58 | | 06/03/2019 | $640.58 | |
| 07/08/2019 | $640.58 | | 08/02/2019 | $640.58 | | 09/03/2019 | $640.58 | |
| 10/02/2019 | $640.58 | 5416267000 | 11/04/2019 | $640.58 | 5416268000 | 12/02/2019 | $640.58 | 6307415000 |
| 01/03/2020 | $640.58 | 6307416000 | 02/05/2020 | $640.58 | 6307417000 | 03/02/2020 | $640.58 | 6307418000 |
| 04/02/2020 | $640.58 | 6307419000 | 05/04/2020 | $640.58 | 6307420000 | 06/01/2020 | $640.58 | 6307421000 |
| 07/02/2020 | $640.58 | 6307422000 | 08/03/2020 | $640.58 | 6307423000 | | | |

**Total Receipts for the Period: $12,811.60    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $26,174.43**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $4,716.46 | $3,273.98 | $1,442.48 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $9,534.66 | $6,618.53 | $2,916.13 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $2,414.96 | $1,676.28 | $738.68 |
| 2 | PATELCO CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $4,002.94 | $2,778.67 | $1,224.27 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $2,170.68 | $1,506.83 | $663.85 |
| 3 | PSECU<br>»» 003 | Unsecured Creditors | $6,732.93 | $4,673.70 | $2,059.23 |
| 4 | QUICKEN LOANS INC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JOSEPH T BAMBRICK JR ESQ<br>»» 009 | Attorney Fees | $2,201.00 | $2,201.00 | $0.00 |

**Chapter 13 Case No. 16-17767-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,174.43 | Current Monthly Payment: | $640.58 |
| Paid to Claims: | $22,728.99 | Arrearages: | ($1,027.91) |
| Paid to Trustee: | $2,292.40 | Total Plan Base: | $35,395.80 |
| Funds on Hand: | $1,153.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.