Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-17767-PMM

GARY S WALTER
103 MAYER ST.
READING  PA    19606

Petition Filed Date: 11/04/2016
341 Hearing Date: 02/21/2017
Confirmation Date: 08/16/2018

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/03/2020 | $640.58 | 6307416000 | 02/05/2020 | $640.58 | 6307417000 | 03/02/2020 | $640.58 | 6307418000 |
| 04/02/2020 | $640.58 | 6307419000 | 05/04/2020 | $640.58 | 6307420000 | 06/01/2020 | $640.58 | 6307421000 |
| 07/02/2020 | $640.58 | 6307422000 | 08/03/2020 | $640.58 | 6307423000 | 09/02/2020 | $640.58 | 6307424000 |
| 10/02/2020 | $640.58 | 6307425000 | 11/02/2020 | $640.58 | 6307426000 | 12/08/2020 | $640.58 | 7294462000 |
| 01/08/2021 | $640.58 | 7294463000 | 02/09/2021 | $640.58 | 7294464000 | 03/08/2021 | $640.58 | 7294465000 |
| 04/08/2021 | $640.58 | 7294466000 | 05/10/2021 | $640.58 | 7294467000 | 06/07/2021 | $640.58 | 7294468000 |

**Total Receipts for the Period: $11,530.44   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,580.23**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK »» 007 | Unsecured Creditors | $4,716.46 | $4,214.50 | $501.56 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $9,534.66 | $8,520.73 | $1,013.93 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $2,414.96 | $2,158.12 | $256.84 |
| 2 | PATELCO CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $4,002.94 | $3,577.27 | $425.67 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $2,170.68 | $1,939.86 | $230.82 |
| 3 | PSECU »» 003 | Unsecured Creditors | $6,732.93 | $6,016.93 | $716.00 |
| 4 | QUICKEN LOANS INC »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JOSEPH T BAMBRICK JR ESQ »» 009 | Attorney Fees | $2,201.00 | $2,201.00 | $0.00 |

**Chapter 13 Case No. 16-17767-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,580.23 | Current Monthly Payment: | $640.58 |
| Paid to Claims: | $28,628.81 | Arrearages: | ($1,027.91) |
| Paid to Trustee: | $2,798.38 | Total Plan Base: | $35,395.80 |
| Funds on Hand: | $1,153.04 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.