Certificate Number: 12433-PAE-DE-036182993

Bankruptcy Case Number: 16-17767



12433-PAE-DE-036182993

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2021, at 3:02 o'clock PM EST, Gary Stephen Walter completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 6, 2021     By:  /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher