United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                       Case No. 16-17767-pmm

Gary S Walter                                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary S Walter, 103 Mayer St., Reading, PA 19606-1620 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13825305 | + | Elan Financial Service, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 13825306 | + | Patelco, P.O. Box 8020, Pleasanton, CA 94588-8601 |
| 13840061 | + | Quicken Loans, Inc., KML Law Group, P.C., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13825309 | + | SYNCB/Lowe's, 1500 Elmerton Ave., Harrisburg, PA 17110-9214 |
| 13825310 | + | SYNCB/Sam's Club DC, P.O. Box 6283, Sioux Falls, SD 57117-6283 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2021 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13825300 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2021 23:21:53 | CAP ONE NA, P.O. Box 26625, Richmond, VA 23261-6625 |
| 13825303 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2021 23:32:22 | CITI, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13825301 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2021 23:32:22 | CBNA, 50 Northwest Point Rd., Elk Grove Village, IL 60007 |
| 13894516 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2021 23:22:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13825304 | | Email/Text: mrdiscen@discover.com | Dec 21 2021 23:22:00 | Discover Fin. Svcs., P.O. Box 15316, Wilmington, DE 19850 |
| 13828771 | | Email/Text: mrdiscen@discover.com | Dec 21 2021 23:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13825302 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2021 23:21:52 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 13901234 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2021 23:22:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13876686 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Dec 21, 2021 | Form ID: 138OBJ | Total Noticed: 28

| | | | Dec 21 2021 23:21:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13866735 | + | Email/Text: bankruptcynotices@psecu.com | Dec 21 2021 23:22:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13825307 | + | Email/Text: bankruptcynotices@psecu.com | Dec 21 2021 23:22:00 | PSECU, 1500 Elmerton Ave., Harrisburg, PA 17110-9214 |
| 13825308 | | Email/Text: bankruptcyteam@quickenloans.com | Dec 21 2021 23:22:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 13866836 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 21 2021 23:22:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14202356 | + | Email/Text: bncmail@w-legal.com | Dec 21 2021 23:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13872905 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2021 23:21:53 | Synchrony, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13866730 | ##+ | Patelco Credit Union, P O Box 8020, Pleasanton, CA 94588-8601 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Gary S Walter NO1JTB@juno.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

## *UNITED STATES BANKRUPTCY COURT*
## *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gary S Walter

                Debtor(s)

Case No: 16−17767−pmm

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/21/21

68 − 67
Form 138OBJ